In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Certain Lands and Premises Situated on the Easterly Side of Amsterdam Avenue, Between One Hundred and Thirty-ninth and One Hundred and Fortieth Streets, and Also a Strip of Land Thirty Feet in Width, Lying Between the Site of the College of the City of New York and St. Nicholas Park, and Extending from Convent Avenue to St. Nicholas Terrace, in the Borough of Manhattan, in the City of New York, Duly Selected as an Additional Site for the College of the City of New York According to Law.*

JACOB HERB, Respondent.

First Department, April 6, 1906.

APPEAL by the petitioner, The City of New York, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 13th day of October, 1905, granting a motion for the taxation

_____

* See Matter of City of New York (In re Baker), ante, p. 160.

of costs and an extra allowance under section 1436c of the Greater New York charter (Laws of 1901, chap. 466).

*Theodore Connoly,* for the appellant.

*Joseph A. Flannery,* for the respondent.

MCLAUGHLIN, J.:

Proceedings were instituted by the city of New York to acquire title to certain lands on Amsterdam avenue, between One Hundred and Thirty-ninth and One Hundred and Fortieth streets, owned by the respondent Herb.  After the commencement of such proceedings an offer was made, under section 1436c of the Greater New York charter, to sell this land to the city for the sum of $56,000. The offer was dated January 9, 1905, and was signed " Jacob Herb, by Joseph A. Flannery, attorney."  The offer was rejected and title subsequently acquired by the city, for which an award was made to Herb of $62,500.  Thereafter a motion was made on behalf of Herb, under section 1436c of the Greater New York charter, to tax his costs in the proceeding and for an extra allowance.  The motion was granted, and his costs were directed to be taxed as in an action, together with an extra allowance of $500, and the city has appealed.

For the reasons assigned in the opinion delivered on the appeal from an order in a similar proceeding, in which costs and an extra allowance were allowed to John O. Baker (112 App. Div. 160), the order appealed from must be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

INGRAHAM, LAUGHLIN, CLARKE and HOUGHTON, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   Order filed.